UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>THE STATE OF WASHINGTON, *et al*.,  )<br>  )<br>    Defendants.  )<br>_____ ) | CASE NO. MC10-138-MJP<br><br>ORDER OF DISMISSAL |

The Court, having reviewed plaintiff's proposed complaint, the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, and the remaining record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Because plaintiff has already filed three in forma pauperis applications and proposed civil actions this year, his in forma pauperis application is DENIED. See In re John Robert Demos, MC91-269-CRD (W.D. Wash. Jan. 16, 1992) (bar order);

(3) Plaintiff's proposed admiralty complaint is DISMISSED; and

(4) The Clerk shall close this case and send a copy of this Order to plaintiff and to

ORDER OF DISMISSAL
PAGE -1

01 Judge Theiler.

02     DATED this 1st day of November, 2010.

03

04

05

06

                      Marsha J. Pechman
                      United States District Judge

ORDER OF DISMISSAL
PAGE -2